IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAPITAL CONFIRMATION, INC. | ) |
| | ) |
| v. | ) NO. 3-14-1289 |
| | ) JUDGE CAMPBELL |
| LEGALCONFIRM, LLC, et al. | ) |

ORDER

Pending before the Court is Defendants' Motion for Leave to Reply (Docket No. 26). The Motion is GRANTED, and the Clerk is directed to file the Reply attached to the Motion.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE